UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| HUMPHREY J. DICKINSON, | ) | CASE NO. 4:07 CV3645 |
| Plaintiff, | ) ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | JUDGMENT ENTRY |
| INTERNAL REVENUE COMMISSION DEPUTY LINDA STIFF, et al., | ) ) ) | |
| Defendants. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed for failing to state a claim for relief. Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith

*/s/ Donald C. Nugent 1/10/08*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE